UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PERRIGO COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:09-mc-00089 |
| | ) | |
| ETHEX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Stipulated Motion to Stay Proceedings, is granted, and for good cause shown, it is hereby:

ORDERED that any and all proceedings and briefing schedules related to Perrigo's Motion to Compel are hereby stayed. Upon satisfaction of Ethex's obligation to respond to the subpoena issued by Perrigo, as modified by the compromise between the parties, Perrigo shall file a Notice of Withdrawal of the Motion to Compel. In the event that the Court enters an order lifting the stay prior to withdrawal of the motion, Ethex shall file a response to Perrigo's Motion to Compel within (10) calendar days from the date of the entry of the order lifting the stay.

Dated:

3/5/09

The Honorable Catherine D. Perry
United States District Judge